# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 169.236.39.126 | UC Merced | 2011-03-15 11:25:54 PM |
| 173.11.77.13 | Comcast Cable | 2011-03-10 03:42:05 AM |
| 173.14.74.189 | Comcast Cable | 2011-03-16 01:50:58 AM |
| 173.228.94.29 | Sonic Telecom | 2011-03-28 08:09:52 PM |
| 24.130.22.73 | Comcast Cable | 2011-03-11 09:09:05 AM |
| 66.74.70.134 | Road Runner HoldCo | 2011-03-09 06:22:52 PM |
| 67.160.212.248 | Comcast Cable | 2011-03-17 08:36:56 PM |
| 68.107.29.52 | Cox Communications | 2011-03-11 08:12:34 AM |
| 68.109.84.103 | Cox Communications | 2011-03-24 07:32:57 AM |
| 68.6.66.131 | Cox Communications | 2011-03-17 07:18:54 PM |
| 71.198.210.8 | Comcast Cable | 2011-03-09 06:38:12 PM |
| 72.130.36.236 | Road Runner HoldCo | 2011-03-13 06:44:50 AM |
| 75.140.87.165 | Charter Communications | 2011-03-16 08:40:08 PM |
| 75.36.229.102 | AT&T Internet Services | 2011-03-12 05:00:56 AM |
| 75.61.115.177 | AT&T Internet Services | 2011-03-17 08:49:59 AM |
| 75.61.117.69 | AT&T Internet Services | 2011-03-21 09:58:02 PM |
| 75.61.119.112 | AT&T Internet Services | 2011-03-25 09:38:14 AM |
| 75.61.122.140 | AT&T Internet Services | 2011-03-13 09:51:08 AM |
| 75.82.169.35 | Road Runner HoldCo | 2011-03-12 06:08:58 PM |
| 76.167.188.98 | Road Runner HoldCo | 2011-03-09 06:22:52 PM |
| 76.169.175.230 | Road Runner HoldCo | 2011-03-30 06:23:10 AM |
| 76.169.64.77 | Road Runner HoldCo | 2011-03-10 03:27:04 AM |
| 76.171.13.147 | Road Runner HoldCo | 2011-03-12 11:20:46 AM |
| 76.172.222.249 | Road Runner HoldCo | 2011-03-09 06:22:52 AM |
| 76.173.184.110 | Road Runner HoldCo | 2011-03-29 02:29:40 AM |
| 76.174.217.52 | Road Runner HoldCo | 2011-03-11 09:09:05 AM |
| 76.20.47.131 | Comcast Cable | 2011-03-11 09:09:05 AM |
| 76.253.93.24 | AT&T Internet Services | 2011-03-15 11:25:54 PM |
| 76.87.78.126 | Road Runner HoldCo | 2011-03-15 04:46:46 AM |
| 98.208.8.246 | Comcast Cable | 2011-03-16 05:28:58 AM |
| 98.210.206.34 | Comcast Cable | 2011-03-11 07:57:33 AM |
| 98.255.192.138 | Comcast Cable | 2011-03-21 06:49:30 PM |
| 99.161.109.128 | AT&T Internet Services | 2011-03-16 08:40:08 PM |
| 99.190.166.62 | AT&T Internet Services | 2011-03-24 05:27:51 AM |
| 99.3.81.216 | AT&T Internet Services | 2011-03-24 09:24:28 AM |
| 99.35.221.202 | AT&T Internet Services | 2011-03-16 05:58:56 AM |
| 99.54.8.192 | AT&T Internet Services | 2011-03-18 01:26:57 PM |