Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-37, <br><br> Defendants. | No. C-11-01675 LB <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On August 11, 2011, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for September 1, 2011, is continued to **Thursday, December 8, 2011, at 10:30 a.m. on the 3rd Floor in Courtroom 4 of the Oakland Federal Court.** The Joint Case Management Conference Statement due by December 1, 2011.

DATED: August 12, 2011

_____
United States Magistrate Judge
Laurel Beeler