1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS, LLC,      ) | **No. C-11-01675 LB** |
|        ) | |
|      Plaintiff,    ) | **NOTICE OF VOLUNTARY DISMISSAL** |
|    v.       ) | **OF ACTION WITHOUT PREJUDICE** |
|        ) | |
| DOES 1-37,      ) | |
|        ) | |
|      Defendants.   ) | |
|        ) | |
| _____) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

     **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1),

Plaintiff voluntary dismisses this action in its entirety without prejudice.

     In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining

in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary

judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

//

//

//

//

1    Plaintiff prays that the Court enter a judgment reflecting the above.

2

3    Respectfully Submitted,

4
                                    STEELE HANSMEIER PLLC,
5

6    **DATED: September 28, 2011**

7                        By:      _____/s/  Brett L. Gibbs, Esq._____

8                                 Brett L. Gibbs, Esq. (SBN 251000)
                                  Steele Hansmeier PLLC.
9                                 38 Miller Avenue, #263
                                  Mill Valley, CA 94941
10                                blgibbs@wefightpiracy.com
                                  *Attorney for Plaintiff*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.


/s/  Brett L. Gibbs
Brett L. Gibbs, Esq.

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJDICE      No. C-11-01675 LB